IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: WMN02CV1557 |
| nsgdata.com, inc. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**FIRST STIPULATION OF EXTENSION OF TIME
FOR DEFENDANT TO FILE RESPONSIVE PLEADINGS**

Counsel for the parties hereby stipulate that the Defendant has a fourteen (14) day extension in which to file responsive pleadings and/or motions to the Complaint which was served on the Defendant on May 1, 2002. Accordingly, Defendant has up to and including June 3, 2002 in which to answer or otherwise respond to the Complaint.

Dated:     May 14, 2002

_____
James B. Astrachan (Bar No. 03566)
Peter H. Gunst (Bar No. 00075)
Astrachan Gunst & Thomas, P.C.
20 South Charles Street, 6th Floor
Baltimore, Maryland 21201
(410) 783-3550
Attorneys for Defendant
nsgdata.com, inc.

Dated:    May 14, 2002    *Dennis P. McGlone* By: *James Astrachan*
_____
Dennis P. McGlone (Bar No. 04127)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
223 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000
Attorneys for Plaintiff
Enterasys Networks, Inc.

So Ordered: _____
United States District Judge

Dated:    May 15, 2002

99001.004/21639