IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ENTERASYS NETWORKS

        **Plaintiff(s)**

vs.

NSGDATA.COM

        **Defendant(s)**

Case No.: 02-1557 (WMN) (D.Md.)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Dennis McGlone, am a member in good standing of the bar of this Court. My bar number is 04127. I am moving the admission of

Barry A. Stein to appear *pro hac vice* in this case as counsel for Enterasys Networks.

    We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania Supreme Court | 11/16/70 |
| U.S. District Court E.D.PA | 9/15/72 |
| U.S. Court of Appeals 3rd Cir. | 2/27/73 |
| U.S. Court of Appeals Fed. Cir. | 8/23/76 |
| U.S. Court of Federal Calims | 10/12/89 |
| U.S. Court of Appeals, D.C. Cir. | 11/4/69 |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _____ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Dennis P. McGlone | Barry A. Stein |
| Printed Name | Printed Name |
| Gordon, Feinblatt, et al. | Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. |
| Firm 233 E. Redwood Street Baltimore, MD 21202 | Firm 1635 Market Street, 12th Flr. Seven Penn Center Philadelphia, PA 19103 |
| Address | Address |
| 410-576-4154 | 215-567-2010 |
| Telephone Number | Telephone Number |
| 410-576-4246 | 215-751-1142 |
| Fax Number | Fax Number |

****************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_5/22/02_ _____        _[signature]_ _____
Date                                 United States District Judge