IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ENTERASYS NETWORKS, INC.         :
                                 :
v.                               :    Civil No. WMN-02-1557
                                 :
nsgdata.com, INC.                :
                                 :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 8th day of November, 2002, by the United States District Court for the District of Maryland,

ORDERED:

    1.   That Plaintiff's Motion for Leave to File a Sur-Reply, Paper No. 13, is GRANTED;

    2.   That Defendant's Motion to Dismiss, or for Summary Judgment, Paper No. 10, is DENIED;

    3.   That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge