UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

ENTERASYS NETWORKS, INC.

    Plaintiff,

v.                                     CIVIL ACTION NO.: WMN02CV1557

NSGDATA.COM, INC.

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## VOLUNTARY WITHDRAWAL OF AFFIRMATIVE DEFENSE NUMBER 9

Defendant nsgdata.com, Inc. ("nsgdata"), through its attorneys, hereby files its Voluntary Withdrawal of Affirmative Defense Number 9, and states:

1.    Defendant nsgdata voluntary withdraws without prejudice its Ninth Affirmative Defense, which states: "Plaintiff breached its duty of candor in dealing with the Patent and Trademark Office by misrepresenting and/or omitting material information through bad faith and/or gross negligence."

2.    Defendant reserves the right to re-assert this affirmative defense should discovery produce sufficient factual grounds to support the allegations set forth in Affirmative Defense Number 9.

3.    On Tuesday, December 03, 2002, defense counsel conferred with Plaintiff's counsel by telephone, regarding this matter, whereupon Plaintiff's counsel consented to this action.

APPROVED THIS ____ DAY
OF _____, 2002
_____
SENIOR UNITED STATES DISTRICT JUDGE

4. In light of the foregoing, Defendant files herewith its Amended Answer and Affirmative Defenses pursuant to Federal Rule 15(a).

Respectfully submitted,

*/s/ Julie R. Rubin*

James B. Astrachan
Peter H. Gunst
Julie R. Rubin
Astrachan Gunst Thomas & Ahn
20 S. Charles, St., 6th Floor
Baltimore, Maryland  21201
410-783-3550
410-783-3530 (facsimile

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of December, 2002, a copy of Defendant's Voluntary Withdrawal of Affirmative Defense Number 9 was sent first class mail to:

>Dennis P, McGlone
>Gordon, Feinblatt, Rothman,
>  Hoffberger & Hollander, LLC
>233 East Redwood Street
>Baltimore, Maryland 21202
>
>and
>
>Manny D. Pokotikow
>Barry A. Stein
>Salvatore R. Guerriero
>Caesar, Rivise, Bernstein,
>  Cohen & Pokotilow, Ltd.
>Seven Penn Center – 12th Floor
>1635 Market Street
>Philadelphia, PA 19103-2212
>
>Attorneys for Plaintiff Enterasys Networks, Inc.

_____
Julie R. Rubin