FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC. | : | _____DEPUTY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil No. WMN-02-1557** |
| | : | |
| NSGDATA.COM, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### STIPULATION AND ORDER TO REVISE SCHEDULING ORDER

The parties respectfully and jointly submit the following Stipulation and request a revised Order regarding the Scheduling of Discovery in this matter. In support hereof, the parties state as follows:

1. Pursuant to the Court's November 22, 2002 Scheduling Order, the parties to this action conferred on December 4, 2002 regarding various discovery matters, and have since conferred regarding such matters.

2. In addition, the parties have been and continue to be engaged in meaningful settlement discussions in an attempt to amicably resolve their dispute. In this regard, and in order to encourage settlement without incurring further legal expenses, the parties agreed to a brief suspension of all activity in this case during December 2002.

3.    In light of foregoing, and in light of the complex nature of patent infringement suits and the fact that the present action concerns four (4) complex and highly technical patents, the parties acknowledge that a modification of the present Scheduling Order is necessary to adequately complete discovery regarding the issues raised by the parties' pleadings.

**WHEREFORE**, it is hereby stipulated and agreed by and between counsel for the above-identified parties, subject to the approval and Order of this Court, that the following schedule govern discovery in this action:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | March 7, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | May 5, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 16, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re expert | July 7, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | July 21, 2003 |
| Discovery deadline; submission of status report | August 11, 2003 |
| Requests for admissions | August 25, 2003 |
| Dispositive pretrial motions deadline | September 15, 2003 |

Respectfully submitted, January __, 2003,

_Dennis P. McGlone_

Dennis P. McGlone
**GORDON, FEINBLATT, ROTHMAN,**
**HOFFBERGER & HOLLANDER, LLC**
The Garrett Building
233 E. Redwood Street
Baltimore, MD 21202
(410) 576-4000
 and
Manny D. Pokotilow
Barry A. Stein
Salvatore R. Guerriero
**CAESAR, RIVISE, BERNSTEIN,**
**COHEN & POKOTILOW, LTD.**
Seven Penn Center - 12th Floor
1635 Market Street
Philadelphia, PA 19103
(215) 567-2010

*Attorneys for Plaintiff,*
*Enterasys Networks, Inc.*

_Julie R. Rubin_

James B. Astrachan
Peter H. Gunst
Julie R. Rubin
**ASTRACHAN GUNST THOMAS & AHN**
20 S. Charles St., 6th Floor
Baltimore, MD 21201
(410) 783-3550

*Attorneys for Defendant,*
*nsgdata.com, Inc.*

**ORDER**

IT IS, this **14th** day of _January_, 2003, **SO ORDERED**.

_William M. Nickerson_

Hon. William M. Nickerson
Unites States District Court
for the District of Maryland

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th[h] day of January, 2003, a copy of the Stipulation and Order to Revise Scheduling Order were mailed, via First Class Mail, postage prepaid, to James B. Astrachan, Esquire, Peter H. Gunst, Esquire, Astrachan, Gunst, Thomas & Ahn, 20 S. Charles Street, 6th Floor, Baltimore, MD 21201, Attorney for Defendant nsgdata.com, Inc.

_Dennis P. McGlone_
Dennis P. McGlone

PLD2237-L645-01
1/10/03

4