IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ENTERASYS NETWORKS, INC.** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 02-CV-1557 (WMN) |
| | : |
| **NSGDATA.COM, INC.** | : |
| | : |
| Defendant. | : |
| | : |

**CONSENT MOTION FOR A SUSPENSION OF PROCEEDINGS**

The parties, through their undersigned counsel, respectfully and jointly request a sixty (60) day suspension of this Action from this Court's trial docket along with corresponding continuance of the Scheduling Order deadlines. In support hereof, the parties state as follows:

1. Since December 2002, the parties have been and continue to be engaged in meaningful settlement discussions in an attempt to amicably resolve their dispute.

2. As a result of such discussions, a final settlement of the parties' dispute appears to be likely. In particular, the parties have made significant progress toward an agreement. However, the precise terms of the agreement need to be finalized.

**WHEREFORE**, in light of the foregoing, and in order to encourage the settlement process without the threat of impending discovery deadlines and further legal expenses, the parties

respectfully request a sixty (60) day suspension of this Action from this Court's trial docket along with corresponding continuance of the Scheduling Order deadlines.

Respectfully submitted,

_____       _____
Dennis P. McGlone                    James B. Astrachan
**GORDON, FEINBLATT, ROTHMAN,**      Peter H. Gunst
**HOFFBERGER & HOLLANDER, LLC**      Julie R. Rubin
The Garrett Building                 **ASTRACHAN GUNST THOMAS & AHN**
233 E. Redwood Street                20 S. Charles St., 6th Floor
Baltimore, MD 21202                  Baltimore, MD 21201
(410) 576-4000                       (410) 783-3550

Manny D. Pokotilow                   Thomas P. Pavelko
Barry A. Stein                       **STEVENS DAVIS**
Salvatore R. Guerriero               **MILLER & MOSHER, L.L.P.**
**CAESAR, RIVISE, BERNSTEIN,**       1615 L Street, N.W.,
**COHEN & POKOTILOW, LTD.**          Suite 850
Seven Penn Center - 12th Floor       Washington, DC 20036
1635 Market Street                   (202) 785-0100
Philadelphia, PA  19103-2212
(215) 567-2010

*Attorneys for Plaintiff,*           *Attorneys for Defendant,*
*Enterasys Networks, Inc.*           *nsgdata.com, Inc.*

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

**ENTERASYS NETWORKS, INC.**       :
                                   :
      **Plaintiff,**         :
                                   :
  **v.**                  :  **Civil Action No. 02-CV-1557 (WMN)**
                                   :
**NSGDATA.COM, INC.**              :
                                   :
      **Defendant.**         :
                                   :

## ORDER

**AND NOW**, this ___ day of _____ 2003, upon consideration of the parties' Consent Motion for a Suspension of Proceedings,

**IT IS HEREBY ORDERED** that parties' Consent Motion is **GRANTED**. This Action shall be suspended from this Court's trial docket for sixty (60) days from the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the parties have not reached a settlement agreement by the end of the sixty day suspension, the parties shall so advise the Court and shall submit to the Court for approval, a proposed Scheduling Order governing the continuation of this Action.

                                            **BY THE COURT:**

                                            _____
                                            Hon. William M. Nickerson
                                            United States District Court
                                            for the District of Maryland