IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 02-CV-1557 (WMN) |
| v. | ) | |
| | ) | |
| NSGDATA.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT MOTION FOR AN EXTENSION OF SUSPENSION OF PROCEEDINGS

The parties, through their undersigned counsel, jointly request an extension of the current suspension of this Action from this Court's trial docket and continuance of the Scheduling Order deadlines, through July 11, 2003.  In support hereof, the parties state as follows:

1.      On April 7, 2003, the Court granted the parties' Consent Motion to suspend this Action from the Court's active trial docket so that the parties could further engage in settlement discussions without the threat of impending discovery deadlines.  The current stay of proceedings is set to expire on June 6, 2003.

2.      Since December 2002, the parties have been, and continue to be, engaged in meaningful settlement discussions in an attempt to amicably resolve their dispute.  As a result of such discussions, a final settlement of the parties' dispute appears to be likely.  The parties have made significant progress toward an agreement.  However, the precise terms of the agreement need to be finalized and additional time is required by the parties to do so.

3.      Counsel for defendant nsgdata.com, Inc., will be out of the country from May 30 through June 10, 2003 and will not be available to participate in negotiations during this time period.

PLD2380-L645-02

WHEREFORE, in light of the foregoing, and to encourage the settlement process without the threat of impending discovery deadlines and further legal expense, the parties respectfully request an extension of the suspension of this action up to and including July 11, 2003, from this Court's trial docket and a continuance of the Scheduling Order deadlines.

Respectfully submitted,


| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Dennis P. McGlone | James B. Astrachan |
| **GORDON, FEINBLATT, ROTHMAN,** | Peter H. Gunst |
| **HOFFEBERGER & HOLLANDER, LLC** | Julie R. Rubin |
| The Garrett Building | **ASTRACHAN GUNST & THOMAS, P.C.** |
| 233 E. Redwood Street | 20 S. Charles St., 6th Floor |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 576-4000 | (410) 783-3550 |
| | (Signed by Dennis P. McGlone with permission |
| | of Julie R. Rubin) |
| | |
| Manny D. Pokotilow | Thomas P. Pavelko |
| Barry A. Stein | **STEVENS DAVIS MILLER & MOSHER, L.L.P.** |
| Salvatore R. Guerriero | 1615 L Street, N.W., Suite 850 |
| **CAESAR, RIVISE, BERNSTEIN, COHEN** | Washington, DC  20036 |
| **& POKOTILOW, LTD.** | (202) 785-0100 |
| Seven Penn Center - 12th Floor | |
| 1635 Market Street | |
| Philadelphia, PA 19103-2212 | |
| (215) 567-2010 | |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant, nsgdata.com, Inc.* |
| *Enterasys Networks, Inc.* | |