IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 02-CV-1557 (WMN) |
| v. ) | |
| ) | |
| NSGDATA.COM, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

**AND NOW,** this _____ day of _____ 2003, upon consideration of the parties' Consent Motion for an Extension of Suspension of Proceedings,

**IT IS HEREBY ORDERED** that parties' Consent Motion is **GRANTED**. This Action shall be suspended from this Court's trial docket until July 11, 2003.

**IT IS FURTHER ORDERED** that, in the event that the parties have not reached a settlement agreement by July 11, 2003, the parties shall so advise the Court and shall submit to the Court for approval, a proposed Scheduling Order governing the continuation of this Action.

_____
Hon. William M. Nickerson
Judge, United States District Court
for the District of Maryland