IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 02-CV-1557 (WMN) |
| v. ) | |
| ) | |
| NSGDATA.COM, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2003, a copy of the Consent Motion for an Extension of Suspension of Proceedings which was electronically filed in this case on May 29th, 2003, and sent electronically to: James B. Astrachan, Esquire, Peter H. Gunst, Esquire, Julie R. Rubin, Esquire, Astrachan, Gunst & Thomas, P.C., 20 S. Charles Street, 6th Floor, Baltimore, Maryland 21201, Attorneys for Defendant, and Salvatore R. Guerriero, Esquire, Barry A. Stein, Esquire, Caesar, Rivise, Bernstein & Pokotilow, Ltd., Seven Penn Center, 12th Floor, 1635 Market Street, Philadelphia, Pennsylvania 19103-2212, Attorneys for Plaintiff, and was mailed via first class mail, postage prepaid to Thomas P. Pavelko, Esquire, Stevens Davis Miller and Mosher LLP, 1615 L Street, NW, Suite 850, Washington, DC 20036, Attorney for Defendant.

                                                                     /s/
                                   Dennis P. McGlone  (Bar  04127)
                                   Gordon, Feinblatt, Rothman,
                                        Hoffberger & Hollander, LLC
                                   The Garrett Building
                                   233 East Redwood Street
                                   Baltimore, Maryland  21202-3332
                                   Phone:  410-576-4154
                                   Fax:  410-576-4246