IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NSGDATA.COM, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 02-CV-1557 (WMN) |

**CONSENT MOTION FOR AN EXTENSION OF SUSPENSION OF PROCEEDINGS**

The parties, through their undersigned counsel, jointly request an extension of the current suspension of this Action from this Court's trial docket and continuance of the Scheduling Order deadlines, through August 15, 2003. In support hereof, the parties state as follows:

1. On April 7, 2003, the Court granted the parties' Consent Motion to suspend this Action from the Court's active trial docket so that the parties could further engage in settlement discussions without the threat of impending discovery deadlines. The current stay of proceedings is set to expire on July 11, 2003.

2. Since December 2002, the parties have been, and continue to be, engaged in meaningful settlement discussions in an attempt to amicably resolve their dispute. As a result of such discussions, a final settlement of the parties' dispute appears to be likely. The parties have made significant progress toward an agreement.

3. Since the Court last extended the stay of proceedings, the parties have exchanged three black-lined settlement drafts and are close to a final agreement. However, the precise terms of the agreement still need to be finalized and additional time is required to do so.

WHEREFORE, in light of the foregoing, and to encourage the settlement process without the threat of impending discovery deadlines and further legal expense, the parties respectfully request an extension of the suspension of this action up to and including August 15, 2003, from this Court's trial docket and a continuance of the Scheduling Order deadlines.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Dennis P. McGlone | James B. Astrachan |
| **GORDON, FEINBLATT, ROTHMAN,** | Peter H. Gunst |
| **HOFFEBERGER & HOLLANDER, LLC** | Julie R. Rubin |
| The Garrett Building | **ASTRACHAN GUNST & THOMAS, P.C.** |
| 233 E. Redwood Street | 20 S. Charles St., 6th Floor |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 576-4000 | (410) 783-3550 |
| | (Signed by Dennis P. McGlone with permission of Peter H. Gunst) |
| Manny D. Pokotilow | Thomas P. Pavelko |
| Barry A. Stein | **STEVENS DAVIS MILLER & MOSHER, L.L.P.** |
| Salvatore R. Guerriero | 1615 L Street, N.W., Suite 850 |
| **CAESAR, RIVISE, BERNSTEIN, COHEN** | Washington, DC 20036 |
| **& POKOTILOW, LTD.** | (202) 785-0100 |
| Seven Penn Center - 12th Floor | *Attorneys for Defendant, nsgdata.com, Inc.* |
| 1635 Market Street | |
| Philadelphia, PA 19103-2212 | |
| (215) 567-2010 | |
| *Attorneys for Plaintiff,* | |
| *Enterasys Networks, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2003, a copy of the Consent Motion for an Extension of Suspension of Proceedings, the Certificate of Service, and the Proposed Order, which were electronically filed in this case on July 9, 2003, were sent electronically to: James B. Astrachan, Esquire, Peter H. Gunst, Esquire, Julie R. Rubin, Esquire, Astrachan, Gunst & Thomas, P.C., 20 S. Charles Street, 6th Floor, Baltimore, Maryland 21201, and to Thomas P. Pavelko, Esquire, Stevens Davis Miller and Mosher LLP, 1615 L Street, NW, Suite 850, Washington, DC 20036, Attorneys for Defendant, and Salvatore R. Guerriero, Esquire, Barry A. Stein, Esquire, Caesar, Rivise, Bernstein & Pokotilow, Ltd., Seven Penn Center, 12th Floor, 1635 Market Street, Philadelphia, Pennsylvania 19103-2212, Attorneys for Plaintiff.

                                                                       /s/
                              Dennis P. McGlone  (Bar No. 04127)
                              Gordon, Feinblatt, Rothman,
                                Hoffberger & Hollander, LLC
                              The Garrett Building
                              233 East Redwood Street
                              Baltimore, Maryland  21202-3332
                              Phone:  410-576-4154
                              Fax:  410-576-4246

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 02-CV-1557 (WMN) |
| v. ) | |
| ) | |
| NSGDATA.COM, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

**AND NOW,** this ____ day of _____ 2003, upon consideration of the parties' Consent Motion for an Extension of Suspension of Proceedings,

**IT IS HEREBY ORDERED** that parties' Consent Motion is **GRANTED**. This Action shall be suspended from this Court's trial docket until August 15, 2003.

**IT IS FURTHER ORDERED** that, in the event that the parties have not reached a settlement agreement by August 15, 2003, the parties shall so advise the Court and shall submit to the Court for approval, a proposed Scheduling Order governing the continuation of this Action.

_____
Hon. William M. Nickerson
Judge, United States District Court
for the District of Maryland