IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ENTERASYS NETWORKS, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 02-CV-1557 (WMN) |
| : | |
| NSGDATA.COM, INC. : | |
| : | |
| Defendant. : | |

**<u>JOINT MOTION TO ENTER FINAL CONSENT JUDGMENT</u>**

The parties, through their undersigned counsel, respectfully and jointly move this Court to enter the Final Consent Judgment, submitted herewith, as a final order in this Action.

Dated: November 21, 2003

Respectfully submitted

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Dennis P. McGlone | James B. Astrachan |
| **GORDON, FEINBLATT, ROTHMAN,** | Peter H. Gunst |
| **HOFFBERGER & HOLLANDER, LLC** | Julie R. Rubin |
| The Garrett Building | **ASTRACHAN GUNST THOMAS & AHN** |
| 233 E. Redwood Street | 20 S. Charles St., 6th Floor |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 576-4000 | (410) 783-3550 |
| | (*Signed by Dennis P. McGlone with permission*) |
| Manny D. Pokotilow | |
| Barry A. Stein | Thomas P. Pavelko |
| Salvatore R. Guerriero | **STEVENS, DAVIS,** |
| **CAESAR, RIVISE, BERNSTEIN,** | **MILLER & MOSHER, L.L.P.** |
| **COHEN & POKOTILOW, LTD.** | 1615 L Street |
| Seven Penn Center – 12th Floor | Suite 850 |
| 1635 Market Street | Washington, DC 20036 |
| Philadelphia, PA 19103-2212 | (202) 785-0100 |
| (215) 567-2010 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

PLD2548-L645-01