IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Action No. 02-CV-1557 (WMN) |
| | : | |
| NSGDATA.COM, INC. | : | |
| | : | |
| Defendant. | : | |

**FINAL CONSENT JUDGMENT**

WHEREAS, Plaintiff Enterasys Networks, Inc ("Enterasys") brought this Civil Action against Defendant NSGDATA.COM, Inc., now identified as NSGDATACOM, Inc. ("NSG"), alleging patent infringement under Title 35 of the United States Code;

WHEREAS, the parties have entered into a Settlement Agreement and License Agreement, both effective on November 18, 2003, the terms and conditions of which are confidential, to resolve all outstanding issues in this Civil Action; and

WHEREAS, it is in the interest of the parties to promptly and amicably resolve this litigation with the entry of the following Final Consent Judgment.

It is, accordingly, hereby ORDERED, ADJUDGED and DECREED subject to the approval of the Court:

1. This Court retains jurisdiction over the parties hereto and the subject matter in issue for the purpose of

enforcement of the provisions of this Final Consent Judgment, the Settlement Agreement and the License Agreement. Venue is proper herein.

2. Enterasys is the owner of United States Letters Patent Nos. 4,878,219 (the '219 patent); 5,084,870 (the '870 patent); 5,251,205 (the '205 patent); 5,371,868 (the '868 patent) and 5,675,742 ("the '742 patent); collectively referred to herein as the Enterasys Patents.

3. NSG agrees that for all purposes the Enterasys Patents are valid and enforceable by Enterasys and NSG agrees not to challenge the ownership, validity or enforceability of any of the Enterasys Patents.

4. NSG agrees that each of the following products infringes at least one of the Enterasys Patents: NX 3000, NX 6000, CNX 600, CNX 500, CSX 901T, CSX 900E, CSX 900E-1, CSX 900ER, GT 90, GT 900, GT 60, GT 70, GTX 1000 and GTX 1500.

5. NSG agrees that each of the Enterasys Patents is infringed by at least one of the following products: NX 3000, NX 6000, CNX 600, CNX 500, CSX 901T, CSX 900E, CSX 900E-1, CSX 900ER, GT 90, GT 900, GT 60, GT 70, GTX 1000 and GTX 1500.

6. Each party shall bear its own costs and attorneys fees.

7. Each and every term of this Final Consent Judgment shall be deemed to be separately enforceable.

Entry of the foregoing Final Consent Judgment is hereby consented to.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Dennis P. McGlone | James B. Astrachan |
| **GORDON, FEINBLATT, ROTHMAN,** | Peter H. Gunst |
| **HOFFBERGER & HOLLANDER, LLC** | Julie R. Rubin |
| The Garrett Building | **ASTRACHAN GUNST THOMAS & AHN** |
| 233 E. Redwood Street | 20 S. Charles St., 6th Floor |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 576-4000 | (410) 783-3550 |
|  | (Signed by Dennis P. McGlone |
|  | with permission) |
|  |  |
| Manny D. Pokotilow | Thomas P. Pavelko |
| Barry A. Stein | **STEVENS, DAVIS,** |
| Salvatore R. Guerriero | **MILLER & MOSHER, L.L.P.** |
| **CAESAR, RIVISE, BERNSTEIN,** | 1615 L Street |
| **COHEN & POKOTILOW, LTD.** | Suite 850 |
| Seven Penn Center - 12th Floor | Washington, DC 20036 |
| 1635 Market Street | (202) 785-0100 |
| Philadelphia, PA  19103-2212 |  |
| (215) 567-2010 | *Attorneys for Defendant,* |
|  | *nsgdata.com, Inc.* |
| *Attorneys for Plaintiff,* |  |
| *Enterasys Networks, Inc.* |  |

### ORDER

**IT IS,** this ___ day of _____, 2003, **SO ORDERED.**

**BY THE COURT:**

_____
William M. Nickerson, Judge
United States District Court
For the District of Maryland.